IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PRATTICO, individually and as a representative of a class of participants and beneficiaries on behalf of the Mattel, Inc. Personal Investment Plan,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:24-cv-02624-FMO-JPR<br><br>**ORDER GRANTING STIPULATION [14] TO ENLARGE TIME TO FILE RESPONSIVE PLEADING** |

On April 12, 2024, the parties in the above-captioned matter filed a Stipulation Regarding Extension of Time to File Responsive Pleading (the "Stipulation"). For good cause shown, the Stipulation is hereby **GRANTED**. Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before June 10, 2024.

IT IS SO ORDERED.

Dated: April 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　／s／ Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　　HON. FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE